IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **In Re:** | 3:12-MC-00251-BR |
| | (Bankruptcy Case No. |
| **OREGON CONTRACTORS WORKERS'** | 11-30022-tmb11) |
| **COMPENSATION TRUST, INC.,** | |
| | **ORDER** |
| Debtor. | |

**BROWN, Judge.**

United States Bankruptcy Judge Trish M. Brown issued a Report and Recommendation (#1-1) to the District Court Re: Plaintiff Oregon Contractors Workers' Compensation Trust, Inc.'s Motion for Summary Judgment Against Defendant I & E Construction, Inc., on July 11, 2012, in which she recommends the Court grant in part and deny in part the Trust's Motion for Summary Judgment as to I & E. The parties did not file Objections to the Report and Recommendation. The matter is now before this Court pursuant to 28 U.S.C. § 157(c)(1).

1 - ORDER

The district court is required "to review *de novo* . . . any matters that are 'related to' the bankruptcy proceedings" within the meaning of 28 U.S.C. § 157(c)(1).  *Stern v. Marshall*, 131 S. Ct. 2594, 2620 (2011).  The Court has reviewed the pertinent portions of the record *de novo* and does not find any error in the Bankruptcy Judge's Report and Recommendation.

## CONCLUSION

The Court **ADOPTS** Bankruptcy Judge Trish M. Brown's Report and Recommendation (#1-1) and, accordingly, **GRANTS** the Oregon Contractors Workers' Compensation Trust, Inc.'s Motion for Summary Judgment against Defendant I & E Construction, Inc., for all amounts due to the Trust from January 1, 2009, forward and **DENIES** the Trust's Motion for Summary Judgment against I & E for amounts due on claims prior to the date I & E became a member of the Trust.

IT IS SO ORDERED.

DATED this 10th day of August, 2012.

/s/ Anna J. Brown

ANNA J. BROWN
United States District Judge

2 - ORDER