1  Albert N. Kennedy, OSB No. 821429 (Lead Attorney)
       Direct Dial: (503) 802-2013
2      Facsimile:   (503) 972-3713
       E-Mail:      al.kennedy@tonkon.com
3  Michael W. Fletcher, OSB No. 010448
       Direct Dial: (503) 802-2169
4      Facsimile:   (503) 972-3869
       E-Mail:      michael.fletcher@tonkon.com
5  Jeanne M. Chamberlain, OSB No. 851698
       Direct Dial: (503) 802-2031
6      Facsimile:   (503) 972-3731
       E-Mail:      jeanne.chamberlain@tonkon.com
7  TONKON TORP LLP
   1600 Pioneer Tower
8  888 S.W. Fifth Avenue
   Portland, OR  97204
9
       Attorneys for Debtor
10

11            UNITED STATES BANKRUPTCY COURT

12               DISTRICT OF OREGON

| | |
|---|---|
| 13  In re: | Case No. 11-30022-tmb11 |
| 14  Oregon Contractors Workers' Compensation Trust, Inc., | |
| 15 | 3:12-mc-00251-BR |
| 16               Debtor. | |
| 17  Oregon Contractors Workers' Compensation Trust, Inc., | Adv. Proc. No. 11-03307-tmb |
| 18               Plaintiff, | **JUDGMENT** |
| 19         v. | |
| 20  American Plumbing Services Limited Partnership; et al, | |
| 21 | |
| 22               Defendants. | |

23         Pursuant to Fed. R. Bankr. P. 7054(a) and Fed. R. Civ. P. 54(b), the Court

24  finds there is no just reason for delay.  It is adjudged that Oregon Contractors Workers,

25  Compensation Trust, Inc. recover from the following defendants the amounts specified

26  below, with prejudgment interest from October 15, 2011 at the rate of 0.19% and post-

**Page 1 of 9 –  JUDGMENT**

judgment interest at the rate of 0.19% pursuant to 28 U.S.C. § 1961.  It is further adjudged

that defendants' counterclaims, if any, be dismissed and that defendants recover nothing.

| MEMBER NO. | NAME | ASSESSMENT DUE |
|---|---|---|
| 0037 | A Gorge Remodeling Co. | $118.82 |
| 0950 | A36 Structures, Inc. | $2,111.60 |
| 0216 | Accurate Roofing Company, Inc. | $119.27 |
| 0489 | Accurate Window & Door Incorporated | $5,965.50 |
| 0795 | Advanced Heating & Cooling, LLC | $874.10 |
| 0451 | Advanced Rods, Inc. | $1,471.65 |
| 0881 | Air Spiral N.W., LLC | $636.11 |
| 0566 | All Around The House Painting, Inc. | $301.05 |
| 0213 | All Oregon Construction Company | $124.29 |
| 0680 | All State Construction, Inc. | $12,392.82 |
| 0681 | All State Trucking, Inc. | $5,222.05 |
| 0203 | All Weather Heating & Air Conditioning, Inc. | $4,958.29 |
| 0659 | Alpine Gardens & Landscapes, Inc. | $208.83 |
| 0492 | Amburn Investment, L.L.C. | $2,713.16 |
| 0293 | American Plumbing Services Limited Partnership | $1,888.06 |
| 0275 | American Restoration & Construction of Salem, Inc. | $4,913.52 |
| 0141 | Anderson Builders & Construction Inc. | $340.87 |
| 0222 | Anderson Builders, Inc. | $6,627.85 |
| 0378 | Anderson's Erosion Control, Inc. | $1,823.25 |
| 0767 | Ashland Brothers Inc. | $9,352.26 |
| 0668 | Aspen Creek Enterprises, LLC | $88.71 |
| 0646 | Autumn Leaf Landscaping LLC | $4,113.37 |
| 0760 | B & R Framers, Inc. | $5,109.45 |
| 0447 | Barden Enterprises, Inc. | $3,268.93 |
| 0558 | Barker Mechanical & Plumbing, Inc. | $1,929.78 |
| 0895 | Bear Mountain Electric, LLC | $9,481.91 |
| 0392 | Benz Electric Inc. | $1,488.27 |
| 0440 | Bernard Masonry, Inc. | $1,552.82 |
| 0907 | Big Sky Landscaping, Inc. | $3,095.73 |
| 0525 | Breeden Bros., Inc. | $12,355.06 |
| 0647 | Burfitt Plumbing, Inc. | $3,056.91 |
| 0771 | C & M Construction, Inc. | $5,277.56 |
| 0883 | C&M Crushing & Recycling LLC | $1,225.07 |
| 0518 | Cedar Landscape, Inc. | $21,054.51 |
| 0217 | Ceiling Specialties, Inc. | $10,936.04 |
| 0866 | Central Oregon Industries, Inc. | $4,879.83 |
| 0532 | Chromatics Incorporated | $5,281.66 |
| 0387 | Church Roofing 1 LLC | $60.66 |

**Page 2 of 9 –  JUDGMENT**

Tonkon Torp LLP
888 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204
503-221-1440

| MEMBER NO. | NAME | ASSESSMENT DUE |
|---|---|---|
| 0897 | Clearwater Siding Inc. | $4,933.65 |
| 0344 | Collier & Company Construction Inc. | $3,504.65 |
| 0894 | Collins Manufacturing Corp. | $1,709.72 |
| 0228 | Commercial Cadd Inc fka Bellwether Construction Company | $121.47 |
| 0798 | Comstock Development, LLC | $3,313.34 |
| 0879 | Constructor Services, Inc. | $4,081.90 |
| 0652 | Corbin Cabinetry, Inc. | $3,062.36 |
| 0840 | Corvallis Tool Company | $20,483.28 |
| 0418 | Country Woodworking & Cabinets, Inc. | $198.25 |
| 0401 | Crawford Windor, Inc. | $2,147.07 |
| 0809 | Crusher Inc. | $1,147.24 |
| 0551 | Cubit Construction, Inc. | $5,160.10 |
| 0295 | Daniel G. Zoll | $282.97 |
| 0513 | Dan's Steel Company | $6,734.30 |
| 0778 | Dark Horse Construction L.L.C. | $3,524.92 |
| 0926 | Dark Horse Construction L.L.C. | $280.83 |
| 0900 | Davis Finish Products, Inc. | $3,914.78 |
| 0623 | Delta Electric Service, LLC | $2,043.92 |
| 0810 | Desert Sun Development Inc. | $45.21 |
| 0838 | Desert Sun Finish Carpentry, Inc. | $627.60 |
| 0811 | Desert Sun Sawing and Drilling, Inc. | $28.51 |
| 0812 | Desert Sun Telecomm, Inc. | $106.54 |
| 0788 | Design Cabinetry, Inc. | $2,999.02 |
| 0842 | Design-Pro, Inc. | $6,588.45 |
| 0857 | Diamond Home Hardware and Garden, LLC | $30,750.75 |
| 0709 | Dieringer Nursery Company | $1,251.64 |
| 0468 | Dimitri Masaligin dba D & E Construction | $289.38 |
| 0776 | Diversified Contractors, Inc. | $60,345.38 |
| 0613 | Diversified Systems of Oregon, Inc. fka Diversified Electronics, Inc. | $948.91 |
| 0094 | Don Entwisle Construction, Inc | $459.43 |
| 0332 | Don Purio, Inc. | $10,402.32 |
| 0469 | Douglas Burton dba Doug Burton Landscaping | $91.65 |
| 0516 | Drake's 7 Dees Nursery, Inc. | $15,466.27 |
| 0516A | Drake's 7 Dees, Inc. | $5,846.11 |
| 0876 | Dunn Construction, Inc. | $18,813.21 |
| 0452 | Duo-Moore Builders, Inc. | $179.85 |
| 0382 | E & E Acoustics II, Inc. | $41,488.44 |

**Page 3 of 9 –** JUDGMENT

**Tonkon Torp** LLP
888 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204
503-221-1440

| MEMBER NO. | NAME | ASSESSMENT DUE |
|---|---|---|
| 0735 | E.J. Webb Construction, Inc. | $801.21 |
| 0429 | Eagle Plumbing Northwest Inc. dba Kottke Plumbing | $112.06 |
| 0813 | Elite Framing, Inc. | $4,388.48 |
| 0195 | Elite Painting, Inc. | $231.91 |
| 0814 | Elite Steel Construction, Inc. | $1,785.91 |
| 0284 | Elkhorn Masonry, Inc. | $240.84 |
| 0043 | Emerald Gutter Service, Inc. | $80.75 |
| 0520 | Erectors, Inc. | $27,938.76 |
| 0639 | Evans Construction Siding Corp | $29,409.23 |
| 0448 | Express Companies, Inc. | $727.15 |
| 0695 | Ferris Building and Design Inc. | $1,456.82 |
| 0730 | Finished Wall Construction, Inc. | $3,012.40 |
| 0564 | Finishers Corporation | $463.46 |
| 0620 | Finishers Corporation | $209.21 |
| 0783 | Formerly Steve Newman Custom Wood Finishing LLC | $212.24 |
| 0068 | Fox Construction & Weatherization, Inc. | $5,614.46 |
| 0904 | FP Erectors LLC | $3,250.08 |
| 0886 | Franklin Contracting Inc. | $15,304.51 |
| 0476 | Garrett A Neal dba Fine Home Resources | $81.78 |
| 0481 | Glenn Landscape Services, Inc. | $759.87 |
| 0225 | Glenn U. Blackmore dba Blackmore's Quality Construction | $6,583.04 |
| 0648 | Golden State Drywall Company | $843.57 |
| 0571 | Gordon's Heating & Cooling, Inc. | $13,633.30 |
| 0100 | Grace Construction, Inc. | $4,249.05 |
| 0766 | Gray Purcell, Inc. | $14,843.97 |
| 0677 | Green Planet, Inc. | $8,227.39 |
| 0488 | Green Thumb Industries, Inc. | $1,505.79 |
| 0801 | Green Thumb Landscape and Maintenance Inc. | $2,767.44 |
| 0793 | Green Thumb LLC fna J.L. Staffing L.L.C. | $265.50 |
| 0825 | H & J Construction, Inc. | $15,784.37 |
| 0931 | Harden-Hines Homes, LLC | $86.56 |
| 0794 | Harold & Madison, Inc. | $22,429.96 |
| 0884 | Hatfield Ceiling & Acoustics, Inc. | $14,563.39 |
| 0629 | Hathaway's, Inc. | $36,685.55 |
| 0165 | Heceta Development Group Inc. | $2,394.43 |
| 0846 | Hellenthal Construction Company, Inc. | $405.91 |
| 0341 | Herb Brower Masonry, Inc. | $52.13 |

**Page 4 of 9 –**  JUDGMENT

**Tonkon Torp** LLP
888 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204
503-221-1440

| MEMBER NO. | NAME | ASSESSMENT DUE |
|---|---|---|
| 0660 | High Desert Glass, Inc. | $7,016.27 |
| 0815 | High Desert Security and Fire, Inc. | $911.82 |
| 0336 | High Lakes Carpentry, Inc. | $4,397.14 |
| 0583 | Holiday Pools.com, Inc. | $558.47 |
| 0197 | Hoodcraft Cabinetmakers, Inc. | $737.41 |
| 0774 | Industrial Concrete, LLC | $11,425.55 |
| 0947 | Inline Siding, Inc. | $3,966.94 |
| 0259 | Interstate Crane Rental, Inc. | $17,886.70 |
| 0185 | J and I Concrete Inc. | $5,788.52 |
| 0694 | J. Crouch Construction, Inc. | $356.00 |
| 0775 | J. Helm Enterprises, Inc. | $9,884.58 |
| 0682 | J. V. Northwest, Inc. | $20,344.95 |
| 0350 | Jack Grigsby & Son Inc., dba Drywall Interiors | $242.34 |
| 0799 | Jameson Electric Company | $154.28 |
| 0246 | Jeffrey S Weddle | $45.99 |
| 0642 | Jerry Flowerdew dba A.J. Earthscapes | $1,700.77 |
| 0473 | Jerry Sievert Construction, Inc. | $1,157.85 |
| 0753 | John Webb dba Metro Construction | $7,007.99 |
| 0640 | Jonathan Ross Construction, Inc. | $163.77 |
| 0650 | Juniper Enterprises, Inc. | $26,525.74 |
| 0689 | Juniper Ridge Lumber Company, LLC | $12,950.34 |
| 0506 | JWB & JH, Inc. | $654.73 |
| 0731 | K I Construction LLC | $17,371.89 |
| 0113 | K T Contracting Co., Inc. | $15,336.81 |
| 0463 | K T Contracting Co., Inc. | $784.13 |
| 0828 | K2MG Interiors, Inc. | $27,622.28 |
| 0757 | Kaya, Inc. | $15,496.46 |
| 0693 | Keeton King General Contractors LLC | $2,594.01 |
| 0690 | Keeton-King Construction, Inc. | $67,969.78 |
| 0833 | Keizer Electric, Inc. | $4,224.79 |
| 0536 | Kelso Electric, Inc. | $1,225.90 |
| 0395 | Kemper Drywall Inc. | $55,783.20 |
| 0404 | Kendrick Scott, dba Southern Cascade Structures | $8,930.41 |
| 0427 | Ken's Painting Unlimited, Inc. | $68.07 |
| 0781 | Kentec Heating Contractor, Inc. | $14,238.62 |
| 0889 | King Construction of Oregon, Inc. | $319.10 |
| 0768 | Kirby Nagelhout Construction Co. | $104,267.08 |

**Page 5 of 9 –** JUDGMENT

**Tonkon Torp** LLP
888 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204
503-221-1440

| MEMBER NO. | NAME | ASSESSMENT DUE |
|---|---|---|
| 0471 | K-M Temporary Services, Inc. | $67.45 |
| 0769 | KN Exco, Inc. | $18,033.23 |
| 0482 | KRP Management, LLC | $665.99 |
| 0531 | Lebanon Servco, Inc. | $53.98 |
| 0561 | Living Color Nursery, LLC | $10,315.35 |
| 0486 | Lupin Construction Corporation | $568.77 |
| 0790 | M & W Electric Incorporated | $4,474.03 |
| 0170 | M. Carmona Painting, Inc. | $124.51 |
| 0658 | M. Snyder's Landscape, Inc. | $30.88 |
| 0729 | Maine's Custom Construction, Incorporated | $29,332.32 |
| 0654 | Martin Bros., Inc. | $7,352.07 |
| 0535 | Martin Sanders | $3,928.08 |
| 0008 | Master Plan Construction, Inc. | $208.77 |
| 0570 | McGee Enterprises LLC | $694.58 |
| 0278 | Medford Plate Glass & Mirror Co. | $12,920.78 |
| 0568 | Mid Valley Electric Inc. | $240.74 |
| 0612 | Modoc Contracting Company | $6,960.06 |
| 0669 | Morgan Reiter, Inc. fka Oregon Yurtworks, Inc. | $556.41 |
| 0782 | Mountain Country Drywall LLC | $266.71 |
| 0834 | Mowry Rebar Inc. | $19,912.63 |
| 0638 | Natural Rock and Landscape Supply, L.L.C. | $1,408.05 |
| 0674 | Natural Structures Inc. fka West Slope Enterprises Incorporated | $31,564.51 |
| 0784 | Newman Brothers Painting LLC | $5,473.92 |
| 0385 | Newside, Inc. | $1,637.99 |
| 0919 | Northwest Commercial Exterior Company | $8,974.73 |
| 0606 | Northwest Electrical Group, Inc. | $27.92 |
| 0560 | Northwest Electrical Specialties, Inc. | $1,262.62 |
| 0722 | Northwest Iron, Inc. | $2,303.43 |
| 0630 | Northwest Steel Structures, Inc. | $18,032.74 |
| 0632 | Nu-Venture H.D.D., L.L.C. | $1,527.11 |
| 0224 | Oak Hill Roofing & Sheet Metal Services, Inc. | $68.50 |
| 0661 | Old Peak Construction, Inc. | $1,074.57 |
| 0567 | Old Serenity LS, Inc., formerly known as Serenity Landscapes, Inc. | $5,342.71 |
| 0313 | Old World Painting, Inc. | $2,057.66 |
| 0470 | Olstedt Construction, Inc. | $2,205.53 |
| 0435 | Oregon Drywall Systems Inc. | $178.28 |
| 0742 | Oregon Equipment Service Corp. | $4,012.33 |
| 0626 | Oregon H.V.A.C., LLC | $66.47 |

**Page 6 of 9 – JUDGMENT**

**Tonkon Torp** LLP
888 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204
503-221-1440

| MEMBER NO. | NAME | ASSESSMENT DUE |
|---|---|---|
| 0796 | Oregon Interiors, Inc. | $14,627.65 |
| 0604 | Oregon Mechanical Plumbing, Inc. | $14,449.99 |
| 0537 | Organicare, Inc. | $1,234.41 |
| 0843 | Pacific Door & Window, LLC fka Pacific Door and Millwork, LLC | $3,358.08 |
| 0908 | Pacific Install, Inc. | $17,554.73 |
| 0688 | Pacific Lumber Co. | $22,264.62 |
| 0635 | Pacific Northern Industrial, Inc. | $18,020.60 |
| 0521 | Pacific Wallboard Company | $1,496.54 |
| 0649 | Pacifica West Corp. | $290.47 |
| 0009 | Patio Innovations, Inc. | $5,829.08 |
| 0736 | Paul Brothers, Inc. | $5,027.32 |
| 0744 | Peoria Gardens, Inc. | $1,218.18 |
| 0725 | Peter McGill dba A. McGill & Son | $2,716.53 |
| 0610 | Powless Roofing, Inc. | $253.22 |
| 0890 | Primepac Lumber, Inc. | $292.31 |
| 0166 | R.D. Olsen Construction Company | $2,847.18 |
| 0621 | R.J. Hanson Construction, Inc. | $1,155.44 |
| 0515 | R.L. Schaefer Builder, Inc. | $197.97 |
| 0475 | RB Landscape, Inc. | $1,446.82 |
| 0319 | REA Fredrick Enterprises, Inc. | $399.89 |
| 0251 | Red's Electric Co., Inc. | $18,581.52 |
| 0233 | REM Barn, Inc. | $662.27 |
| 0174 | Ridge Construction, Inc. | $19,885.64 |
| 0816 | Ridgerunner Electric, Inc. | $662.33 |
| 0817 | Ridgerunner Heating, Inc. | $410.78 |
| 0339 | Robert Ems dba Sunset Wood Revivers | $941.92 |
| 0937 | Robert Tilley dba Tilley Enterprises | $539.88 |
| 0764 | Roger Housing Construction, Inc. | $3,915.15 |
| 0939 | Roloff Construction, Inc. | $1,000.60 |
| 0235 | Ron Redding Construction, Inc. | $2,263.38 |
| 0148 | Rose Corporation | $3,487.82 |
| 0680 | Ross Bros. & Company, Inc. | $29,025.99 |
| 0472 | Ruhoff Home Builders, Inc. | $348.97 |
| 0713 | S & M Transactions, Incorporated | $2,371.08 |
| 0727 | S.A.C. Enterprises, L.L.C. | $748.23 |
| 0104 | Safari Construction Company | $157.70 |
| 0773 | Salem Concrete Paving Inc. | $11,139.45 |

Page 7 of 9 – JUDGMENT

**Tonkon Torp** LLP
888 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204
503-221-1440

| MEMBER NO. | NAME | ASSESSMENT DUE |
|---|---|---|
| 0839 | Shaw West Co. | $7,541.62 |
| 0214 | Shelley Real Estate and Builders, Inc. | $7,701.31 |
| 0109 | Shinpaugh & Shinpaugh Plastering, Inc. fka S & S Interior and Exterior Finishes, Inc. | $1,599.71 |
| 0656 | Side One Inc. | $1,801.37 |
| 0849 | Sideco Inc. | $7,466.77 |
| 0820 | Silverside, Inc. | $4,815.20 |
| 0244 | Siskiyou Plumbing Inc. | $2,250.28 |
| 0933 | Skarpa LLC | $2,081.24 |
| 0542 | Solid Rock Contracting Co. | $955.94 |
| 0526 | Sorrento Construction, Inc. | $3,361.38 |
| 0716 | Stearns Construction LLC | $15,815.71 |
| 0916 | Stevens Equipment, L.L.C. | $22,815.67 |
| 0887 | Stone Industrial Construction, Inc. | $1,663.20 |
| 0679 | Strategy Consulting, Inc. | $244.55 |
| 0034 | Sullivan Construction Co. | $126.73 |
| 0779 | Sundown Electric Company, A Corporation of Idaho | $18,750.55 |
| 0802 | Sunflower Construction Services, LLC | $1,301.68 |
| 0738 | Sunset Landscape and Irrigation, Inc. | $55.62 |
| 0188 | Symmetrical Const Inc. | $2,336.72 |
| 0852 | Tall Pine Contractors Inc. | $10,182.03 |
| 0645 | Teamm, Inc. | $162.90 |
| 0565 | The Fogelstrom Company, Inc. | $590.45 |
| 0743 | The Mullen Company | $5,910.30 |
| 0331 | Thomas R. Morin Construction, Inc. | $817.65 |
| 0016 | Three Strands, Inc. | $3,723.58 |
| 0616 | Timberland, Inc., a Corporation of Washington | $44,125.06 |
| 0498 | Tom Miller Remodeling, Inc. | $13,105.92 |
| 0098 | Top Quality Construction, Inc. | $547.21 |
| 0625 | Total Construction and Maintenance, Inc. | $178.40 |
| 0896 | Traeger Pellet Grills LLC | $13,311.32 |
| 0581 | Tri County Temp Control, Inc. | $45,398.24 |
| 0892 | Trinity Services LLC | $165.03 |
| 0905 | Turn Key Building Products LLC | $1,284.31 |
| 0238 | TVD Ltd. | $6,352.90 |
| 0519 | United Services Associated, Incorporated | $6,491.88 |
| 0485 | Universal Specialty Contractors, Inc. | $425.92 |
| 0698 | Upper V Painting, LLC | $8,830.57 |
| 0943 | Van Meter & Son Nursery, Inc. | $9,311.78 |
| 0055 | VOS Plumbing, Inc. | $1,074.09 |
| 0574 | W E, Inc. | $2,085.15 |

**Page 8 of 9 –  JUDGMENT**

| MEMBER NO. | NAME | ASSESSMENT DUE |
|---|---|---|
| 0665 | W. T. Mullen Construction, LLC | $2,995.60 |
| 0733 | Waldron & Sons, Inc. | $6,876.40 |
| 0667 | Washington-Oregon Painters, Inc. | $200.63 |
| 0579 | Water Brothers Construction, Inc. | $11,669.66 |
| 0326 | Weber Electric, Inc. | $2,367.78 |
| 0732 | Westbrook Homes NW, Inc. | $2,051.64 |
| 0924 | Western Accents, Inc. | $4,339.80 |
| 0845 | Willamette Valley Concrete Pumping, Inc. | $3,431.97 |
| 0696 | William A. Brigham Construction Co., Inc. | $2,547.05 |
| 0353 | William J. Boffing, Jr. Construction, Inc. | $3,288.58 |

DATED this 24th day of September, 2012.

*Anna J Brown*

ANNA J. BROWN

United States District Judge

**Page 9 of 9 –  JUDGMENT**

**Tonkon Torp** LLP
888 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204
503-221-1440